United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Jillian Ostrewich, et al. | § § | |
| v. | § § | Civil Action 4:19–cv–00715 |
| Cristopher Hollins, et al. | § § | |

Notice of Referral

The following motion is referred to Magistrate Judge Andrew Edison:

Motion for Summary Judgment – #74
Motion for Summary Judgment – #76

Date: April 7, 2021.

Nathan Ochsner, Clerk

By: G. Clair, Deputy Clerk