# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Jillian Ostrewich, et al.

v.  Case Number: 4:19–cv–00715

Diane Trautman, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 5/18/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Summary Judgment – #74
Motion for Summary Judgment – #76

Date:   April 19, 2021                                   Nathan Ochsner, Clerk