United States District Court
Southern District of Texas
**ENTERED**
September 30, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JILLIAN OSTREWICH, *et al.*, § | |
| § | |
| Plaintiffs. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:19-cv-00715 |
| § | |
| TENESHIA HUDSPETH, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation, it is Ordered that: Defendants' Motion for Summary Judgment (Dkt. 76) is **GRANTED** in part and **DENIED** in part; Plaintiff's Motion for Summary Judgment (Dkt 74) is **GRANTED** in part and **DENIED** in part.

Specifically, Ostrewich's challenge to section 61.010 of the Texas Election Code is **DENIED**, and her request for nominal damages is **DENIED**. Moreover, sections 61.003 and 85.036 are struck down as unconstitutional infringements on the First Amendment right to free speech.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED at Houston, Texas, this 30th day of September, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE