IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JILLIAN OSTREWICH,<br>   *Plaintiff*,<br><br>v.<br><br>ISABEL LONGORIA, in her official capacity as Harris County Elections Administrator; RUTH R. HUGHS, in her official capacity as Secretary of State of Texas; KIM OGG, in her official capacity as Harris County District Attorney; KEN PAXTON, in his official capacity as the Attorney General of Texas,<br>   *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§   **Civil Action No. 4:19-CV-715**<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANTS' NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure, Defendant Isabel Longoria, Harris County Elections Administrator, and State Defendants Ruth R. Hughes and Ken Paxton give this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation (Dkt. 121) and Final Judgment (Dkt. 122) signed and entered September 30, 2021.

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        SHAWN COWLES
        Deputy Attorney General for Civil Litigation

        THOMAS A. ALBRIGHT
        Chief, General Litigation Division

/s/ *Christopher D. Hilton*
CHRISTOPHER D. HILTON
Texas Bar No. 24087727
So. District No. 3029796
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 Fax
christopher.hilton@oag.texas.gov

*Counsel for the State Defendants, Attorney General Ken Paxton and Secretary of State Ruth R. Hughs*

/s/ Stan Clark
**STAN CLARK**
(Attorney in Charge)
Assistant County Attorney
Texas Bar No. 24062666
Federal ID No. 3121992
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5376
Facsimile: (713) 755-8924
stan.clark@cao.hctx.net

*Counsel for Isabel Longoria, Harris County Elections Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent via the Court's CM/ECF system on this the 29th day of October, 2021, to all counsel of record.

/s/ *Christopher D. Hilton*
CHRISTOPHER D. HILTON
Assistant Attorney General

2