United States Courts
Southern District of Texas
FILED
January 24, 2022
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 24, 2022
Lyle W. Cayce
Clerk

No. 21-20577

Jillian Ostrewich,

        *Plaintiff—Appellant/Cross-Appellee*,

*versus*

Isabel Longoria, *in her official capacity* as Harris County Elections Administrator; John Scott, *in his official capacity* as Secretary of State of Texas; Ken Paxton, *in his official capacity* as the Attorney General of Texas,

        *Defendants—Appellees/Cross-Appellants*,

Kim Ogg, *in her official capacity* as Harris County District Attorney; Toni Pippins-Poole, *in her official capacity* as Elections Administrator of Dallas County; John Creuzot, *in his official capacity* as Dallas County District Attorney,

        *Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-715

---

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the Appellees' unopposed motion for partial dismissal of appeal, as to Toni Pippins-Poole and John Creuzot is GRANTED.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 24, 2022

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

     No. 21-20577   Ostrewich v. Scott  
                       USDC No. 4:19-CV-715

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate as to Appellees Toni Pippins-Poole and John Creuzot.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____  
                       Rebecca L. Leto, Deputy Clerk  
                       504-310-7703

cc:  Mr. Michael Abrams  
     Mr. Stanley Michael Clark  
     Mr. Wencong Fa  
     Mr. Christopher D. Hilton  
     Ms. Deborah J. La Fetra  
     Ms. Barbara S. Nicholas  
     Ms. Meagan T. Scott

P.S. to counsel:  A revised copy of the caption is enclosed for future filings.

Case No. 21-20577

Jillian Ostrewich,

    Plaintiff – Appellant/Cross-Appellee

v.

Isabel Longoria, in her official capacity as Harris County Elections Administrator; John Scott, in his official capacity as Secretary of State of Texas; Ken Paxton, in his official capacity as the Attorney General of Texas,

    Defendants – Appellees/Cross-Appellants

Kim Ogg, in her official capacity as Harris County District Attorney,

    Defendant – Appellee